1098

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 999 (2015)].

In the Matter of KEVIN AOKI et al., Respondents, v ECHO AOKI et al., Respondents, and KEIKO ONO AOKI, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion by Alex Long et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of KEVIN AOKI et al., Respondents, v ECHO AOKI et al., Respondents, and KEIKO ONO AOKI, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion by Geoffrey C. Hazard, Jr. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

GOVERNMENT EMPLOYEES INSURANCE Co. et al., Respondents, v AVANGUARD MEDICAL GROUP, PLLC, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion by Medical Society of the State of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

GOVERNMENT EMPLOYEES INSURANCE Co. et al., Respondents, v AVANGUARD MEDICAL GROUP, PLLC, Appellant.

Submitted January 11, 2016; decided January 14, 2016